No. 23-02992, consolidated with Nos. 23-02993, 23-02994, 23-02995, 23-02996, 23-02997, 23-02998, 23-02999, 23-3000, 23-3001, 23-3002, and 23-3003

In the United States Court of Appeals
for the Seventh Circuit

KEELY ROBERTS, and JASON ROBERTS, individually and as parent and next friend of C.R. and L.R.,

*Plaintiffs-Appellees,*

*v.*

SMITH & WESSON BRANDS, INC., SMITH & WESSON SALES COMPANY, and SMITH & WESSON, INC.,

*Defendants-Appellants,*

*and*

BUDSGUNSHOP.COM, LLC, RED DOT ARMS, INC., ROBERT CRIMO, JR., and ROBERT CRIMO III,

*Non-Appellant Defendants.*

On Appeal from the United States District Court
for the Northern District of Illinois
Nos. 1:22-cv-06169, 1:22-cv-06171, 1:22-cv-06178, 1:22-cv-06183, 1:22-cv-06185, 1:22-cv-06190, 1:22-cv-06193, 1:22-cv-06359, 1:22-cv-06181, 1:22-cv-06191, 1:22-cv-06361, 1:22-cv-06186
The Honorable Judge Steven Charles Seeger

**UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE**

| | |
|---|---|
| James Vogts<br>Andrew Lothson<br>Brett Henne<br>**Swanson, Martin & Bell, LLP**<br>330 North Wabash Street, Suite 3300<br>Chicago, Illinois 60611<br>(312) 222-8517<br>(312) 923-8274<br>(847) 949-0057<br>jvogts@smbtrials.com<br>alothson@smbtrials.com<br>bhenne@smbtrials.com | Edward S. Scheideman (pro hac vice)<br>**DLA Piper LLP (US)**<br>500 Eighth Street NW<br>Washington, DC 20004<br>(202) 799-4534<br>edward.scheideman@us.dlapiper.com<br><br>Kenneth L. Schmetterer<br>**DLA Piper LLP (US)**<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>(312) 368-2176<br>kenneth.schmetterer@us.dlapiper.com |
| November 15, 2023 | *Attorneys for Smith & Wesson Brands, Inc. (f/k/a American Outdoor Brands Corporation), Smith & Wesson Sales Company, and Smith & Wesson, Inc.* |

---

Defendants-Appellants Smith & Wesson Brands, Inc. (f/k/a American Outdoor Brands Corporation), Smith & Wesson Sales Company, Smith & Wesson, Inc. (collectively, "Smith & Wesson"), by and through undersigned counsel—and with the agreement of counsel for Plaintiffs-Appellees—moves this Court for entry of an order extending the time from November 27, 2023, to December 7, 2023, for Smith & Wesson to file its opening brief; extending the time from December 27, 2023, to January 16, 2024, for Plaintiffs-Appellees to file their response brief; and extending the time from January 17, 2024, to February 6, 2024, for Smith & Wesson to file its reply brief. In support, Smith & Wesson states:

1.     Counsel for Smith & Wesson and counsel for Plaintiffs-Appellees (together the "Parties") have conferred and agreed to the amended briefing schedule detailed above.

2.     Smith & Wesson has been working diligently on the opening brief but, in consultation with opposing counsel, requires an extension to accommodate attorney scheduling conflicts and holiday travel schedules.

3.     Pursuant to Circuit Rule 26, this motion is being filed more than one week from Smith & Wesson's deadline to submit the opening brief on appeal.

4.     Smith & Wesson's motion is made in good faith and not for purposes of delay.

5.     This is the first request for extension of time in this appeal.

WHEREFORE, Smith & Wesson respectfully requests extending the time from November 27, 2023, to December 7, 2023, for Smith & Wesson to file its opening brief; extending the time from December 27, 2023, to January 16, 2024, for Plaintiffs-Appellees to file their response brief; and extending the time from January 17, 2024, to February 6, 2024, for Smith & Wesson to file its reply brief.

Dated: November 15, 2023

DLA PIPER LLP (US)

By:  *Kenneth L. Schmetterer*

Edward S. Scheideman (pro hac vice)
500 Eighth Street NW
Washington, DC 20004
(202) 799-4534
edward.scheideman@us.dlapiper.com

Kenneth L. Schmetterer
444 West Lake Street, Suite 900
Chicago, Illinois 60606
(312) 368-2176
kenneth.schmetterer@us.dlapiper.com

Attorney for Defendants-Appellants
Smith & Wesson Brands, Inc. (f/k/a
American Outdoor Brands Corporation),
Smith & Wesson Sales Company, and
Smith & Wesson, Inc.

No. 23-02992, consolidated with Nos. 23-02993, 23-02994, 23-02995, 23-02996, 23-02997, 23-02998, 23-02999, 23-3000, 23-3001, 23-3002, and 23-3003

In the United States Court of Appeals
for the Seventh Circuit

KEELY ROBERTS, and JASON ROBERTS, individually and as parent and next friend of C.R. and L.R.,

*Plaintiffs-Appellees,*

*v.*

SMITH & WESSON BRANDS, INC., SMITH & WESSON SALES COMPANY, and SMITH & WESSON, INC.,

*Defendants-Appellants,*

*and*

BUDSGUNSHOP.COM, LLC, RED DOT ARMS, INC., ROBERT CRIMO, JR., and ROBERT CRIMO III,

*Non-Appellant Defendants.*

On Appeal from the United States District Court
for the Northern District of Illinois
Nos. 1:22-cv-06169, 1:22-cv-06171, 1:22-cv-06178, 1:22-cv-06183, 1:22-cv-06185, 1:22-cv-06190, 1:22-cv-06193, 1:22-cv-06359, 1:22-cv-06181, 1:22-cv-06191, 1:22-cv-06361, 1:22-cv-06186
The Honorable Judge Steven Charles Seeger

**Declaration of Kenneth L. Schmetterer**

I, Kenneth L. Schmetterer, under penalty of perjury as provided by 28 U.S.C. § 1746, state:

1. I represent Defendants-Appellants Smith & Wesson Brands, Inc. (f/k/a American Outdoor Brands Corporation), Smith & Wesson Sales Company, Smith & Wesson, Inc. in this appeal.

2. The factual statements in Defendants-Appellants' Unopposed Motion for Extension of Time are true and correct to the best of my knowledge and belief.

Dated: November 15, 2023               DLA PIPER LLP (US)


                                       By:   *Kenneth L. Schmetterer*

                                       Kenneth L. Schmetterer
                                       444 West Lake Street, Suite 900
                                       Chicago, Illinois 60606
                                       (312) 368-2176
                                       kenneth.schmetterer@us.dlapiper.com

                                       Attorney for Defendants-Appellants
                                       Smith & Wesson Brands, Inc. (f/k/a
                                       American Outdoor Brands Corporation),
                                       Smith & Wesson Sales Company, and
                                       Smith & Wesson, Inc.

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for the Defendants-Appellants certifies that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(2)(A) because the body of the motion contains 285 words (and less than 20 pages), excluding the accompanying documents authorized by Federal Rule of Appellate Procedure 27(a)(2)(B).

I further certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 in 14-point font.

Dated: November 15, 2023            DLA PIPER LLP (US)

                                    By:   *Kenneth L. Schmetterer*

                                    Kenneth L. Schmetterer
                                    444 West Lake Street, Suite 900
                                    Chicago, Illinois 60606
                                    (312) 368-2176
                                    kenneth.schmetterer@us.dlapiper.com

                                    Attorney for Defendants-Appellants
                                    Smith & Wesson Brands, Inc. (f/k/a
                                    American Outdoor Brands Corporation),
                                    Smith & Wesson Sales Company, and
                                    Smith & Wesson, Inc.

# CERTIFICATE OF SERVICE

The undersigned, counsel for the Defendants-Appellants hereby certifies that on 15th day of November 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: November 15, 2023　　　　　　DLA PIPER LLP (US)

　　　　　　　　　　　　　　　　　　By:　*Kenneth L. Schmetterer*

　　　　　　　　　　　　　　　　　　Kenneth L. Schmetterer
　　　　　　　　　　　　　　　　　　444 West Lake Street, Suite 900
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　(312) 368-2176
　　　　　　　　　　　　　　　　　　kenneth.schmetterer@us.dlapiper.com

　　　　　　　　　　　　　　　　　　Attorney for Defendants-Appellants
　　　　　　　　　　　　　　　　　　Smith & Wesson Brands, Inc. (f/k/a
　　　　　　　　　　　　　　　　　　American Outdoor Brands Corporation),
　　　　　　　　　　　　　　　　　　Smith & Wesson Sales Company, and
　　　　　　　　　　　　　　　　　　Smith & Wesson, Inc.