**Nos. 23-2992, 23-2993, 23-2994, 23-2995, 23-2996, 23-2997, 23-2998, 23-2999, 23-3000, 23-3001, 23-3002, and 23-3003**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

**KEELY ROBERTS**, et al.,
*Plaintiffs-Appellees*,

v.

**SMITH & WESSON BRANDS, INC.**, et al.,
*Defendants-Appellants.*

On Appeal from the United States District Court
For the Northern District of Illinois, Eastern Division
Case Nos. 22-cv-06169, 22-cv-06171, 22-cv-06178, 22-cv-06183, 22-cv-06185, 22-cv-06190, 22-cv-06193, 2-cv-06359, 22-cv-06181, 22-cv-06191, 22-cv-06361, 22-cv-06186
Honorable Steven C. Seeger

## PLAINTIFFS-APPELLEES ELIZABETH TURNIPSEED AND JOSHUA CHUPACK'S MOTION FOR EXTENSION OF TIME TO FILE CONSOLIDATED BRIEF

Plaintiffs-Appellees Elizabeth Turnipseed and Joshua Chupack, by their undersigned counsel, respectfully move pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26 for a 7-day extension of time to file the appellees' consolidated brief, to and including January 23, 2024. In support of this motion, Ms. Turnipseed and Mr. Chupack state as follows:

1.     The appeals in Ms. Turnipseed and Mr. Chupack's cases were docketed on October 17 and 18, 2023, respectively, and were thereafter consolidated with the

1

other cases in the caption above. The Court directed the appellees, who are not all jointly represented, to file a joint consolidated brief on or before January 16, 2024.

2.     Counsel for Ms. Turnipseed and Mr. Chupack respectfully request a 7-day extension of time to file the joint consolidated brief due to extreme hardship. Due to a family medical emergency requiring hospitalization, one of their lead attorneys has needed to absent himself from work responsibilities for the past week. This has unavoidably delayed preparation of the joint consolidated brief.

3.     None of the appellees have previously moved for an extension.

4.     Pursuant to Circuit Rule 26, notice of the fact that an extension would be sought and a copy of this motion were provided to counsel for all other parties before filing. All parties confirmed that they do not oppose the relief requested.

5.     A declaration attesting to the above facts is attached.

**WHEREFORE**, Plaintiffs-Appellees Elizabeth Turnipseed and Joshua Chupack respectfully request that this Court extend the deadline to file appellees' joint consolidated brief by 7 days, to and including January 23, 2024.

Dated: January 9, 2024              Respectfully submitted,

By: s/ J. Eli Wade-Scott

J. Eli Wade-Scott
ewadescott@edelson.com
Alexander G. Tievsky
atievsky@edelson.com

EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370 / Fax: 312.589.6378

## DECLARATION OF ALEXANDER G. TIEVSKY

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1.  I am an attorney at Edelson PC, counsel for Plaintiffs-Appellees Elizabeth Turnipseed and Joshua Chupack in this matter.

2.  The statements set forth in the foregoing motion for an extension of time are true and correct.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of January 2024 at Oak Park, Illinois.

s/ Alexander G. Tievsky