**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3061

WRITER'S DIRECT FACSIMILE

(212) 492-0061

WRITER'S DIRECT E-MAIL ADDRESS

cboehning@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

2029 CENTURY PARK EAST, SUITE 2000
LOS ANGELES, CALIFORNIA 90067-3006
TELEPHONE: (310) 982-4350

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

1313 NORTH MARKET STREET, SUITE 806
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

[Attorney roster omitted]

*NOT ADMITTED TO THE NEW YORK BAR

January 24, 2024

VIA ELECTRONIC FILING

Christopher Conway
Clerk of Court
U.S. Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

Re: Availability for Oral Argument in No. 23-2992,
*Keely Roberts, et al.* v. *Smith & Wesson Brands, Inc., et al.*

Dear Mr. Conway:

I am lead counsel representing plaintiffs-appellees Jason Roberts, Keely Roberts, Jeffrey Bennett, Lauren Bennett, Michael Bennett, Terri E. Bennett, Deborah Samuels, Elliot Samuels, Bruce Sundheim, Lorena Rebollar Sedano, Mirna Rodriguez, Oscar Sanchez, Lizet Montez, Gabriela Vergara, Sylvia Vergara, Christine Zeifert, Michael Zeifert, Jonathan Straus, Peter Straus, Alejo Toledo, Josefina Toledo, Petra Toledo, Ricardo Toledo, Antonio Melgar and Amelia Tenorio in the above-captioned case. I write to advise

the Court that I will be unavailable for argument on May 10, May 13-17, May 28, June 6-7, and August 6-7, 2024.

      Please let me know if you require any further information. Thank you for your consideration.

Yours sincerely,

/s/ *H. Christopher Boehning*
H. Christopher Boehning

cc:     Counsel of record (via CM/ECF)