# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 1, 2024

*By the Court:*

| | |
|---|---|
| Nos. 23-2992, 23-2993, 23-2994, 23-2995, 23-2996, 23-2997, 23-2998, 23-2999, 23-3000, 23-3001, 23-3002, and 23-3003 | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| KEELY ROBERTS and JASON ROBERTS, individually and as parents and next friends of C.R. and L.R., et al., *Plaintiffs - Appellees*, *v.* SMITH & WESSON BRANDS, INC., et al., *Defendants - Appellants*. | No. 1:22-cv-06169 No. 1:22-cv-06171 No. 1:22-cv-06178 No. 1:22-cv-06183 No. 1:22-cv-06185 No. 1:22-cv-06190 No. 1:22-cv-06193 No. 1:22-cv-06359 No. 1:22-cv-06181 No. 1:22-cv-06191 No. 1:22-cv-06361 No. 1:22-cv-06186 Steven Charles Seeger, *Judge.* |

Upon consideration of the **UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE**, filed on January 31, 2024, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. The joint consolidated reply brief of the appellants, if any, is due by February 23, 2024.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)