

**DLA Piper LLP (US)**
500 8th Street, N.W.
Washington, D.C. 20004
**T** 202.799.4000
**F** 202.799.5000
**W** www.dlapiper.com

EDWARD S. SCHEIDEMAN
edward.scheideman@dlapiper.com
**T** 202.799.4534

February 8, 2024

**<u>VIA ELECTRONIC FILING</u>**

Christopher Conway
Clerk of Court
U.S. Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

      Re:    Availability for Oral Argument in No. 23-2992,
             *Keely Roberts, et al.* v. *Smith & Wesson Brands, Inc., et al.*

Dear Mr. Conway:

    I am lead counsel representing Smith & Wesson Brands, Inc., Smith & Wesson Sales Company and Smith & Wesson, Inc. in the above-captioned case. I write to advise the Court that I will be unavailable for argument on March 21-April 3 and July 8–July 24.

    Please let me know if you require any further information. Thank you for your consideration.

                Sincerely,

                Edward S. Scheideman

cc:  Counsel of Record (via CM/ECF)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2024, the foregoing letter of Defendants-Appellants to the Clerk of Court for the United States Court of Appeals for the Seventh Circuit was filed with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated:  February 8, 2024

DLA PIPER LLP (US)

By: */s/ Kenneth L. Schmetterer*

Kenneth L. Schmetterer