**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: 23-2992

Short Caption: Keely Roberts, et al v. Smith & Wesson Brands, Inc., et al

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐ **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
see Exhibit 1

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
Everytown Law; Paul, Weiss, Rifkind, Wharton & Garrison LLP; Hunt Law, P.C.; and Romanucci & Blandin, LLC

(3) If the party, amicus or intervenor is a corporation:

  i) Identify all its parent corporations, if any; and
  n/a

  ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:
  n/a

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:
n/a

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:
n/a

---

Attorney's Signature: /s/ Carly Lagrotteria     Date: March 12, 2024

Attorney's Printed Name: Carly Lagrotteria

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).  Yes ☐  No ✔

Address: 450 Lexington Avenue, PO Box 4184, New York, New York 10163

Phone Number: 646-324-2036     Fax Number:

E-Mail Address: clagrotteria@everytown.org

rev. 12/19 AK

# Exhibit 1
*Every Party Carly Lagrotteria is Representing*

***Keely Roberts, et al v. Smith & Wesson Brands, Inc., et al*; 23-2992**
    Jason Roberts, individually and as parent and next friend of C.R. and L.R.
    Keely Roberts, individually and as parent and next friend of C.R. and L.R.

***Lauren Bennett, et al v. Smith & Wesson Brands, Inc., et al*; 23-2993**
    Jeffrey Bennett
    Lauren Bennett
    Michael Bennett
    Terri E. Bennett
    Deborah Samuels
    Elliot Samuels

***Bruce Sundheim v. Smith & Wesson Brands, Inc., et al*; 23-2994**
    Bruce Sundheim, as Special Administrator of the Estate of Jacqueline Sundheim, deceased

***Lorena Rebollar Sedano v. Smith & Wesson Brands, Inc., et al*; 23-2995**
    Lorena Rebollar Sedano

***Mirna Rodriguez, et al v. Smith & Wesson Brands, Inc., et al*; 23-2996**
    Mirna Rodriguez, individually and as parent and next-friend of J.S., K.S., and O.S.
    Oscar Sanchez, individually and as parent and next-friend of J.S., K.S., and O.S.

***Sylvia Vergara, et al v. Smith & Wesson Brands, Inc., et al*; 23-2997**
    Lizet Montez
    Gabriela Vergara
    Sylvia Vergara

***Michael Zeifert, et al v. Smith & Wesson Brands, Inc., et al*; 23-2998**
    Christine Zeifert, individually and as parent and next-friend of B.R.Z., B.M.Z., K.Z., and L.Z.
    Michael Zeifert, individually and as parent and next-friend of B.R.Z., B.M.Z., K.Z., and L.Z.

***Peter Straus, et al v. Smith & Wesson Brands, Inc., et al*; 23-3000**
    Jonathan Straus, as Co-Administrators of the Estate of Stephen Straus, deceased
    Peter Straus, as Co-Administrators of the Estate of Stephen Straus, deceased

***Ricardo Toledo, et al v. Smith & Wesson Brands, Inc., et al*; 23-3001**
    Alejo Toledo
    Josefina Toledo
    Petra Toledo

    Ricardo Toledo, individually and as Special Administrator of the Estate of Nicolas
        Toledo, deceased

***Amelia Tenorio, et al v. Smith & Wesson Brands, Inc., et al*; 23-3003**
    Antonio Melgar, individually and as parent and next-friend of C.M.
    Amelia Tenorio, individually and as parent and next-friend of C.M.