# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

April 8, 2024

Before
FRANK H. EASTERBROOK, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| Nos. 23-2992, 23-2993, 23-2994, 23-2995, 23-2996, 23-2997, 23-2998, 23-2999, 23-3000, 23-3001, 23-3002 & 23-3003 | KEELY ROBERTS, et al.,<br>    Plaintiffs - Appellees<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.; SMITH & WESSON SALES COMPANY; and SMITH & WESSON, INC.,<br>    Defendants - Appellants |
| **Originating Case Information:** | |
| District Court Nos: 1:22-cv-06186, et al.<br>Northern District of Illinois, Eastern Division<br>District Judge Steven C. Seeger | |

The remand decision is **AFFIRMED**. The case is **REMANDED** to the district court to consider acting under 28 U.S.C. §1447(c) and other sources of authority. The above is in accordance with the decision of this court entered on this date. Appellees recover costs.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)