**No. 23-2992, consolidated with Nos. 23-2993, 23-2994, 23-2995, 23-2996, 23-2997, 23-2998, 23-2999, 23-3000, 23-3001, 23-3002, and 23-3003**

# In the United States Court of Appeals for the Seventh Circuit

KEELY ROBERTS, and JASON ROBERTS, individually and as parents and next friends of C.R and L.R.,
*Plaintiffs-Appellees*,

*v.*

SMITH & WESSON BRANDS, INC., SMITH & WESSON SALES COMPANY, and SMITH & WESSON, INC.,
*Defendants-Appellants*,

and

BUDSGUNSHOP.COM, LLC, RED DOT ARMS, INC., ROBERT CRIMO, JR., and ROBERT CRIMO, III,
*Non-Appellant Defendants*.

On Appeal from the United States District Court for the Northern District of Illinois

Nos. 1:22-cv-06169, 1:22-cv-06171, 1:22-cv-06178, 1:22-cv-06183, 1:22-cv-06185, 1:22-cv-06190, 1:22-cv-06193, 1:22-cv-06359, 1:22-cv-06181, 1:22-cv-06191, 1:22-cv-06361, 1:22-cv-06186

The Honorable Judge Steven Charles Seeger

**PLAINTIFFS-APPELLEES'
VERIFIED AND ITEMIZED BILL OF COSTS**

*CONTINUED ON NEXT PAGE*

Pursuant to Rule 39(c) of the Federal Rules of Appellate Procedure, counsel for the Plaintiffs-Appellees respectfully submits this Verified Itemized Bill of Costs and Declaration in Support of Verified Itemized Bill of Costs, and requests the Clerk to prepare an itemized statement of costs taxed against Defendants-Appellants Smith & Wesson Brands, Inc., Smith & Wesson Sales Company, and Smith & Wesson, Inc. and in favor of the Plaintiffs-Appellees for insertion in the mandate, as follows:

| | |
|---|---|
| Cost of printing brief and supplemental appendix (15 necessary copies of the special appendix) | $166.50 |
| **Total** | **$166.50** |

Dated April 22, 2024

Respectfully submitted,

/s/ Alexander G. Tievsky
ALEXANDER G. TIEVSKY*
J. ELI WADE-SCOTT
EDELSON PC
*350 N LaSalle Street, 14th Floor*
*Chicago, IL 60654*
*(312) 589-6370*
*atievsky@edelson.com*

ERIN DAVIS
PHILIP BANGLE
BRADY CENTER TO PREVENT GUN VIOLENCE
*840 FIRST STREET NE, SUITE 400*
*WASHINGTON, DC 20002*
*(202) 370-8100*

DONNA J. VOBORNIK
BRIAN E. COHEN
DENTONS US LLP
*233 S. WACKER DRIVE, SUITE 5900*
*CHICAGO, IL 60606-6361*
*312-876-8000*

*Counsel of record in Case Nos. 23-2999 and 23-3002

/s/ H. Christopher Boehning
H. CHRISTOPHER BOEHNING**
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
*1285 Avenue of the Americas*
*New York, NY 10019-6064*
*(212) 373-3000*
*cboehning@paulweiss.com*

ANTONIO M. ROMANUCCI
DAVID A. NEIMAN
ROMANUCCI & BLANDIN, LLC
*321 North Clark Street, Suite 900*
*Chicago, IL 60654*
*(312) 458-1000*

ALLA LEFKOWITZ
EVERYTOWN LAW
*P.O. Box # 14780*
*Washington DC 20044*
*(202) 545-3257*

KEITH L. HUNT
DELANEY A. HUNT
HUNT LAW PC
*2275 HALF DAY RD SUITE 126*
*BANNOCKBURN, IL 60015*
*(312) 558-1300*

** Counsel of record in Case Nos. 23-2992, 23-2993, 23-2994, 23-2995, 23-2996, 23-2997, 23-2998, 23-3000, 23-3001, 23-3003

3

**DECLARATION OF H. CHRISTOPHER BOEHNING**

H. Christopher Boehning, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, LLP ("Paul, Weiss"), counsel to the Roberts Plaintiffs-Appellees[1] in the above-captioned action.  On behalf of all Plaintiffs-Appellees, I respectfully submit this Declaration in support of Plaintiffs-Appellees' Verified Itemized Bill of Costs.

2.      This Declaration is based on my personal knowledge or on information which I believe to be true based on my discussions with others at my firm and records of my firm.

3.      The appellate papers were prepared in-house at Paul, Weiss. For that reason, no printer's bill exists for these expenses. To prepare the Verified Itemized Bill of Costs, I consulted the appropriate members of Paul, Weiss's staff to determine the costs of production.

4.      On January 26, 2024, the Plaintiffs-Appellees filed 15 paper copies of the Brief for Plaintiffs-Appellees and accompanying Supplemental Appendix with the United States Court of Appeals for the Seventh Circuit, as required by Fed. R. App. P. 30(a)(3) and Cir. R. 31(b) and 40(b). The Brief and Supplemental Appendix were 91 pages long, including Circuit Rule 26.1 disclosure statements, a table of contents, table of authorities, certificate of compliance with typeface and word-count limits, and certificate of service. The cost of

---

[1] The Roberts Plaintiffs-Appellees include Jason Roberts, Keely Roberts, Jeffrey Bennett, Lauren Bennett, Michael Bennett, Terri E. Bennett, Deborah Samuels, Elliot Samuels, Bruce Sundheim, Lorena Rebollar Sedano, Mirna Rodriguez, Oscar Sanchez, Lizet Montex, Gabriela Vergara, Sylvia Vergara, Christine Zeifert, Michael Zeifert, Jonathan Straus, Peter Straus, Alejo Toledo, Josefina Toledo, Petra Toledo, Ricardo Toledo, Antonio Melgar and Amelia Tenorio.

creating the Briefs included $0.10 to reproduce each page and $2.00 per book for tape binding. At a cost of $11.10 per Brief, the total cost for printing the necessary fifteen copies was $166.50. The Plaintiffs-Appellees seek no costs for postage, delivery, service, overtime, or edits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: New York, New York

April 22, 2024

/s/ H. Christopher Boehning
H. CHRISTOPHER BOEHNING